UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81190-DIMITROULEAS

MAYBELL, MONIQUE and HARDEN, GREGG,

    Plaintiffs,

v.

CITY OF WEST PALM BEACH,

    Defendant.
_____/

**FINAL JUDGMENT AND ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Court's January 14, 2025 Order of Dismissal [DE 50]. Pursuant to Fed. R. Civ. P. 58(a), the Court enters this separate Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendant and against Plaintiffs;
2. Plaintiffs shall take nothing from Defendant through this action and shall receive no injunctive relief; and
3. The Clerk is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.
4. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiffs at the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of February, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Monique Maybell, *pro se*
1121 W. Price Blvd, Unit #2001
North Port, FL 34288

Gregg Harden, *pro se*
1121 W. Price Blvd, Unit #2001
North Port, FL 34288